Lewis Meyers, appellee, v. Morris Rifkin et al., defendants. Liberty Trust & Savings Bank and Louis Tucker, appellants. Gen. No. 36,101.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed December 30, 1932. Rehearing denied January 11, 1933.

Luster & Luster, for appellants; Julian J. Luster, of counsel. Berger & Newmark, for appellee; Lawrence S. Newmark and Gerald G. Bolotin, of counsel.

Mr. Justice Gridley delivered the opinion of the court.